1  Scott H. Frewing, State Bar No. 191311
   Christopher Groboske, State Bar No. 268386
2  **Baker & McKenzie LLP**
   660 Hansen Way
3  Palo Alto, CA  94304-1044
   Telephone:  +1 650 856 2400
4  Facsimile:   +1 650 856 9299
   Scott.Frewing@bakermckenzie.com
5
   Attorneys for Defendant Jaime Cardenas
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

| 11 | UNITED STATES OF AMERICA, | Case No. CR-12-00336-LHK |
|---|---|---|
| 12 | Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE FROM OCTOBER 3, 2012 TO OCTOBER 24, 2012 AT 9:00 AM** |
| 13 | v. | |
| 14 | JAIME CARDENAS, | |
| 15 | Defendant. | **AND** |
| 16 | | [~~PROPOSED~~] **ORDER** |

17

18        IT IS HEREBY STIPULATED between the parties, subject to the Court's approval that the

19   status conference currently scheduled for October 3, 2010 at 9:00 am is continued until October 24,

20   2012 at 9:00 am for a change in plea hearing.

21        In support of this stipulation, counsel for Mr. Cardenas informs the Court of the following:

22        1.    On May 9, 2012, the United States charged Mr. Cardenas with the distribution of

23   methamphetamine in Salinas, California.  Mr. Cardenas is out of custody, supervised by Pre-Trial

24   Services.

25        2.    During a status conference on August 29, 2012, counsel for Mr. Cardenas informed

26   the Court that counsel was continuing to investigate the case, and that additional time was required

27   for such investigation.

28        3.    At the August 29, 2012, status conference the parties discussed potential dates for

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

1

Case No. CR-12-00336-LHK
STIPULATION TO CONTINUE STATUS CONFERENCE AND [~~PROPOSED~~] ORDER

1  further status conference, and the Court and the parties agreed to a further status conference on
2  October 3, 2012, although undersigned counsel for Mr. Cardenas expressed some potential
3  challenges with the proposed date.  Undersigned counsel's hesitation to select the October 3 date
4  related to a previously set hearing on October 2, 2012, in Los Angeles Superior Court and previously
5  scheduled meetings in New York set to begin the evening of October 3, 2012.
6  .        7.       Since the August 29, 2012 status conference, undersigned counsel for Mr. Cardenas
7  has completed his investigation.   Counsel for Mr. Cardenas has also informed the government that
8  Mr. Cardenas intends to change his plea in the matter.  Undersigned counsel has requested to
9  continue the date for the change in plea to accommodate his travel schedule and prepare for the
10  change-in-plea hearing.
11           8.       After confirming with the Court's Courtroom Deputy, Government counsel has
12  stipulated to the continuance of the hearing from October 3, 2012 at 9:00 am to October 24, 2012 at
13  9:00 am.
14           9.       The parties stipulate that the time between October 3, 2012 and October 24,. 2012 is
15  excluded under the Speedy Trial Act, 18 U.S.C. § 3161, and agree that the failure to grant the
16  requested continuance would reasonably deny defense counsel reasonable time necessary for
17  effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

2

Case No. CR-12-00336-LHK
STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER

that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18 U.S.C. §§ 3161(h)(7)(A) and B(iv).

Dated: October 1, 2012

Respectfully submitted,

BAKER & McKENZIE LLP

By: /s/ Scott H. Frewing
Scott H. Frewing
Attorney for Defendant Jaime Cardenas

Dated: October 1, 2012

Respectfully submitted,

BAKER & McKENZIE LLP

By: /s/ Ann Marie Ursini
Ann Marie Ursini
Special Assistant United States Attorney

[PROPOSED] ORDER

The hearing on October 3, 2012 at 9:00 am is continued until October 10, 2012 at 9:00 am.

It is so ORDERED.

Dated: _____

By: _____
Lucy H. Koh
District Court Judge

*Handwritten by judge:* October 3, 2012 hearing is continued to October 24, 2012. Basis for excludable time finding is continuity of defense counsel per 18 USC 3161(h)(7)(A) + (B)(iv).

Dated: 10/2/12

/s/ Lucy H. Koh
U.S. District Judge

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

3

Case No. CR-12-00336-LHK
STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER